O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-747 AHM (CWx) | Date | March 2, 2010 |
|---|---|---|---|

| Title | SHAGEN GALSTANYAN, *et al*. v. WILSHIRE STATE BANK, *et al*. |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

On February 2, 2010, Plaintiffs filed this action against Defendants "Wilshire State Bank" and "Glendale Colorado Investment Inc." On February 12, 2010, the Court *sua sponte* dismissed the Complaint, but with leave to amend, for reasons related to the Complaint's incoherence and the fact that Plaintiffs did not disclose any basis for this Court's jurisdiction. In its Order, the Court stated: "Any amended complaint must be filed by not later than March 1, 2010. Failure to do so will be construed as consent to dismissal of the action in its entirety."

Plaintiffs have not filed an amended complaint or taken any further action in this case. Accordingly, pursuant to Fed. R. Civ. P. 41(b), the Court DISMISSES the action in its entirety.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

**JS-6**